THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Shelley Diane Stewart,       
Respondent,
 
 
 

v.

 
 
 
Mark Francis Stewart,       
Appellant.
 
 
 

Appeal From Lancaster County
Brooks P. Goldsmith, Family Court Judge

Unpublished Opinion No. 2004-UP-548
Submitted October 1, 2004  Filed October 27, 2004 

AFFIRMED

 
 
 
Stephen D. Schusterman, of Rock Hill, for Appellant.
Philip E. Wright, of Lancaster, for Respondent.
 
 
 

PER CURIAM:  Mark Francis Stewart appeals 
 the family courts denial of his Rule 60(b)(3), SCRCP, motion for relief from 
 the decree of divorce.  We affirm 
 [1] pursuant to Rule 220(b), SCACR, and the following authorities:  Raby 
 Const., L.L.P. v. Orr, 358 S.C. 10, 20, 594 S.E.2d 
 478, 483 (2004) (stating that in order to be entitled to relief due to fraud, 
 the party seeking such relief must establish extrinsic rather than intrinsic 
 fraud); Chewning v. Ford Motor Co., 354 S.C. 72, 81, 579 S.E.2d 605, 
 610 (2003) ([T]he failure to disclose to an adversary or court matters which 
 would defeat ones own claim is intrinsic fraud.); Raby, 358 S.C. at 
 21 n.7, 594 S.E.2d at 484 n.7 (quoting Chewning, 354 S.C. at 82 n.6, 
 579 S.E.2d at 611 n.6.) ([E]ven in cases of extrinsic fraud, a party does not 
 have a claim if he failed to exercise due diligence in discovering the existence 
 of facts or documents during the underlying litigation.).
AFFIRMED.
HEARN, C.J., and HUFF and KITTREDGE, JJ., concur.  
 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.